Peggy SWEENEY, Plaintiff–Appellant,

v.

AETNA U.S. HEALTHCARE, Defendant–Appellee.

No. 08–40052

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 10, 2008.

Blair B. Brininger, Brininger, LTD, Houston, TX, for Plaintiff–Appellant.

John Bruce Shely, Dimitri Zgourides, Andrews Kurth, Houston, TX, for Defendant–Appellee.

Before JOLLY, M. SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Peggy Sweeney appeals a summary judgment denying her claim for long term disability benefits. In its comprehensive memorandum opinion, the district court

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

explained that "where the claims administrator is conflicted because of its dual role as gatekeeper and benefactor, its determination is to be reviewed under a less deferential standard" (citing *Corry v. Liberty Life Assurance Co.,* 499 F.3d 389 (5th Cir. 2007)). The day before briefing in this case was completed, however, the Supreme Court enunciated a refined standard for such conflict-of-interest situations under ERISA. *See Metro. Life Ins. Co. v. Glenn,* — U.S. ——, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008).

This matter is REMANDED so that the district court can consider this matter in light of *Glenn.* We express no view on how the court should rule. We retain jurisdiction pending receipt of the district court's decision.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.